TO ALL CONCERNED, KNOW THAT

C.G., AN INFANT BY HIS MOTHER AND NATURAL GUARDIAN, AURORA J. GEORGES, being over the age of eighteen (18) and residing at 3522 Farragut Road, Brooklyn NY 11210 as RELEASOR, in consideration of the sum of TEN THOUSAND DOLLARS and ZERO CENTS ($10,000.00), EXACTLY, received from **TARGET CORPORATION** and **Sedgwick Claims Management Services, Inc.**, as RELEASEES, releases and discharges, **TARGET CORPORATION and Sedgwick Claims Management Services, Inc.**, the RELEASEES, RELEASEES' heirs, executors, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, executions, claims, and demands whatsoever, in law, admiralty, or equity, that against the RELEASEE, the RELEASOR, RELEASOR'S heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE, with respect to the incident that occurred on July 23, 2022, and hereby authorizes, permits, allows and empowers Sacco & Fillas, LLP to endorse any check that may be issued in payment hereof, as releasor's attorney in fact.

C.G., AN INFANT BY HIS MOTHER AND NATURAL GUARDIAN, CHRISTINA MOLINA has agreed, as an integral part and parcel said settlement agreement to indemnify and hold harmless defendant, **TARGET CORPORATION and Sedgwick Claims Management Services, Inc.**, against any and all liability, loss, damage, cost or expense which them may here and after incur, suffer or be required to pay by reason of any and all liens that exist, or may exist, which liens arise out of the injuries sustained by **C.G.**, from the incident that occurred on April 21, 2010, as asserted in the within lawsuit; or any other payments made including but not limited to disability, department of human/services, Medicaid, Medicare, worker's compensation, medical to **C.G.**, as a result of this incident.

This RELEASE may not be changed orally.

IN WITNESS WHEREOF, the RELEASOR has hereunto set RELEASOR'S hand and seal this 3rd day of August, 2023.

In Presence of:

x _____
AURORA J. GEORGES AS MOTHER
AND NATURAL GUARDIAN OF C.G.

STATE OF NEW YORK, COUNTY OF KINGS

On the 3rd day of August, 2023 before me personally came AURORA J. GEORGES, to me known, and known to me to be the individual described herein, who executed the foregoing RELEASE, and duly acknowledged to me that she executed same.

x _____
NOTARY PUBLIC

JANICE RAMSEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA4994063
Qualified in Kings County
My Commission Expires 3/31/2026