**CHASE** ⬡

SCANNED

Guardianship Review
P.O. Box 659749
San Antonio, Texas 78258

---

# DISTRICT COURT OF EASTERN DISTRICT, NY STATE

~~COUNTY~~  RM 4/17/24

IN THE MATTER OF __C G__, a minor/person

CASE/FILE NO: 1:22-CV-7784 JRC

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 30 2024 ★
BROOKLYN OFFICE

## VERIFICATION OF RECEIPT AND DEPOSIT

Pursuant to Court order, the sum of $4,718.81 was deposited with JP Morgan Chase Bank, N.A. Member FDIC on the 4th day of April, 2024 as evidenced by the ☑Savings/☐Checking/☐Certificate of Deposit Account Number XXXXXX5355.

This account is held solely in the name of

C G UNDER COURT ORDER 12/14/23
AURORA J GEORGES AS NATURAL GRDN CASE#
1 22 CV 7784 NO WD WO COURT ORDER

☑ By accepting this deposit for the minor / person, this institution agrees that this deposit, together with all accumulated interest, shall be held and no part thereof released until further order of this court.

Or

☐ This account is an unrestricted account.

JP Morgan Chase Bank, N.A. Member FDIC
Financial Institution

_RMunoz_
Authorized Officer
As Attorney in Fact for
JP Morgan Chase Bank, N.A. Member FDIC

REBECCA MUNOZ    ACCOUNT SPECIALIST II
Typed or Printed Name, Title

210-588-3327
Telephone Number

4/17/24
Date

Rev. 05 Dec 2013, DO